Michael A. Dias, SBN 183705
Jimmy J. Rodriguez, SBN 234185
Joseph M. Simoes, SBN 236180
DIAS LAW FIRM
ATTORNEY'S AT LAW
206 West Lacey Boulevard, Suite 300
Hanford, California 93230
Telephone:  559/585-7330
Facsimile:  559/585-7335

Attorneys for Defendant
MARILYN BRACY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VETERINARY PHARMACEUTICALS, INC.,<br>HAROLD DESJARDINS,<br>JAMES MANN, and<br>MARILYN BRACY<br><br>　　　　　　Defendants. | Case No. 06CR00184 AWI<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE OF DEFENDANT MARILYN BRACY |

　　　　IT IS HEREBY STIPULATED BY AND BETWEEN Mark E. Cullers, Assistant U.S. Attorney, Chief Fresno Office for the United States of America and Defendant, Marilyn Bracy, through her attorney of record Michael A. Dias of the Dias Law Firm that the travel restrictions of Defendant, Marilyn Bracy be modified as follows:

　　　　The defendant shall abide by the following restrictions on her personal associations, place of abode, or travel:  restricted to the United States of America.

　　　　All other conditions of release remain in full force and effect.

STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE OF DEFENDANT MARILYN BRACY

Dated:  June 15, 2006                /s/ (as authorized on June 15, 2006)
                                     MARK E. CULLERS
                                     Assistant U.S. Attorney
                                     Chief, Fresno Office


Dated:  June 15, 2006                /s/
                                     MICHAEL A. DIAS, Attorney for Defendant


**ORDER**


IT IS SO ORDERED.

**Dated:    June 16, 2006**                /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE OF DEFENDANT MARILYN BRACY