McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-cr-00184 LJO |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER TO DISMISS |
| v. | ) | INDICTMENT AS TO DEFENDANT |
| | ) | MARILYN BRACY |
| VETERINARY PHARMACEUTICALS, INC., | ) | |
| HAROLD DESJARDINS, | ) | |
| JAMES MANN and | ) | |
| MARILYN BRACY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States, by and through its undersigned counsel, hereby moves to dismiss, with prejudice, the Indictment in this case as to defendant Marilyn Bracy, in the interests of justice.

Dated: June 8, 2007               Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  UNITED STATES ATTORNEY

1

```
                                    By:_____/s/_____
                                        MARK E. CULLERS
                                        Assistant United States Attorney
```

IT IS SO ORDERED.

**Dated:   June 12, 2007**                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE