# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | |
|---|---|
| USA | 1:06-CR-184 LJO |
| Plaintiff, | |
| vs. | **RECONVEYANCE ORDER** |
| MARILYN BRACY | |
| Defendant. | |

On June 13, 2007, the above-entitled defendant, MARILYN BRACY was dismissed by an Order Granting Motion To Dismiss Indictment signed by U.S. District Judge Lawrence J. O'Neill in the Eastern District of California.  The passport of defendant MARILYN BRACY (doc. 5) shall be reconveyed forthwith.

IT IS SO ORDERED.

**Dated:   July 3, 2008**            /s/ Lawrence J. O'Neill
                       UNITED STATES DISTRICT JUDGE