# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | |
|---|---|
| USA                Plaintiff,        vs.   MARILYN BRACY                Defendant. | 1:06-CR-184 LJO   **RECONVEYANCE ORDER** |

On June 13, 2007, the above-entitled defendant, MARILYN BRACY was dismissed by an Order Granting Motion To Dismiss Indictment signed by U.S. District Judge Lawrence J. O'Neill in the Eastern District of California. The passport of defendant MARILYN BRACY (doc. 5) shall be reconveyed forthwith.

IT IS SO ORDERED.

**Dated:   July 3, 2008**             /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE